# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

---

May 25, 2017

**VIA ECF**

Judge Leda Dunn Wettre
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:    *Rivera v. EZ Limousine LLC*, **16 CV 9611**

Dear Judge Wettre:

    We represent Plaintiffs Alberto Rivera and Mansour Ziana Cherif in the above-referenced action. We respectfully request that the Court adjourn the scheduling conference presently scheduled for May 30, 2017 at 11:30 a.m. because I have been summoned to serve as a juror in the New York Supreme Court at 9:00 a.m. on the same day, and, therefore, will not be available to attend the conference at its present time.

    This request is Plaintiffs' first request for an adjournment of this conference. Defendants consent to Plaintiffs' requested adjournment. Counsels for the parties have conferred and are available on June 7, 14, 19, 21, 22, 26, 27, 28, and 29, or any other time convenient for the Court.

    Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Edgar M. Rivera

cc:  John E. MacDonald, Esq. [ECF]

220 Fifth Ave., Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926