IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| ALBERTO RIVERA and MANSOUR CHERIF,<br><br>            Plaintiffs,<br><br>v.<br><br>EZ LIMOUSINE LLC and ALEKSANDR MATLS, individually,<br><br>            Defendants. | CIVIL ACTION NO.:<br>2:17-cv-01483-MCA-LDW<br><br>HON. LEDA DUNN WETTRE, U.S.M.J.<br><br>JOINT DISCOVERY PLAN |

1. **Set forth a factual description of the case. Include the causes of action and affirmative defenses asserted.**

    Plaintiffs, Alberto Rivera and Mansour Cherif (collectively "Plaintiffs"), allege that Defendants, EZ Limousine LLC and Aleksandr Malts[1] (collectively "Defendants"), violated the Fair Labor Standards Act ("FLSA") based on alleged unpaid overtime wages as well as the New Jersey Wage Payment Law ("NJWPL") for alleged failure to maintain and report records. Plaintiffs also seek damages and costs against Defendants for *quantum meruit* and unjust enrichment for allegedly failing to pay Plaintiffs gratuities charged to Defendants' clients. Defendants affirmatively deny all of Plaintiffs' allegations and claims.

2. **Have settlement discussions taken place?**  Yes __X__   No _____

    If so, when?  __On May 3, 2017, Plaintiffs made a demand to Defendants. Plaintiffs are awaiting a response.__

3. **The parties [have _____ - have not__X__] exchanged the information required by <u>Fed. R. Civ. P.</u> 26(a)(1). If not, state the reason therefore.**  The parties will exchange their Rule 26 disclosures within 10 days of the Rule 16 Conference.

---

[1] Mistakenly referred to in the caption as "Matls." Plaintiffs intend to amend the caption to correct the spelling of the Individual Defendant's last name.

4. The parties [have _____ - have not __X__ ] conducted discovery other than the above disclosures.

5. Generally, dispositive Motions cannot be filed until the completion of discovery. Describe any Motions any party may seek to make prior to the completion of discovery. Include any jurisdictional Motions and Motions to Amend.

   Though no motions are currently anticipated, discovery motions may become necessary should the parties be unable to mutually resolve any discovery disputes that may arise.

6. The parties proposed the following:

   (a) **Discovery is needed on the following subjects:** The facts underlying Plaintiffs' legal claims and Plaintiffs' alleged damages, as well as Defendants' defenses. Plaintiffs would also like discovery on Defendants' ability to pay a judgment; however, Defendants object to such discovery at this time.

   (b) **Discovery** [should _____ - should not __X__ ] be conducted in phases or be limited to particular issues. If so, explain. N/A.

   (c) Number of Interrogatories by each party to each other party: Maximum of 25.

   (d) Number of Depositions to be taken by each party: Maximum of 10.

   (e) Plaintiffs' expert report due on January 15, 2018.

   (f) Defendants' expert report due on February 28, 2018.

   (g) Motions to Amend or to Add Parties to be filed by August 4, 2017.

   (h) Dispositive motions to be served within _45_ days of completion of all factual and expert discovery.

   (i) Factual discovery to be completed by December 15, 2017.

   (j) Expert discovery to be completed by March 30, 2018.

   (k) Set forth any special discovery mechanism or procedure requested, including data preservation orders or protective orders: The parties intend to request the entry of a Discovery Confidentiality Order.

   (l) A pretrial conference may take place on: to be determined by the Court.

   (m) Trial by jury or non-jury Trial? Non-jury trial.

   (n) Trial date: 90 days after dispositive motions are decided.

4567054v.2

7. Do you anticipate any discovery problem(s)? Yes ____ No __X__.
   If so, explain. N/A.

8. Do you anticipate any special discovery needs (i.e., videotape/telephone depositions, problems with out-of-state witnesses or documents, etc.)? Yes ____ No __X__.
   If so, explain. N/A.

9. State whether this case is appropriate for voluntary arbitration (pursuant to **L. Civ. R. 201.1** or otherwise), mediation (pursuant to **L. Civ. R.** 301.1 or otherwise), appointment of a special master or other special procedure. If not, explain why and state whether any such procedure may be appropriate at a later time (i.e., after exchange of pretrial disclosures, after completion of depositions, after disposition of dispositive motions, etc.).

   The parties may benefit from mediation following the close of fact discovery but prior to the deadline for filing dispositive motions.

10. Is this case appropriate for bifurcation? Yes _____ No ____X____

11. We [do _____ do not ___X___] consent to the trial being conducted by a Magistrate Judge.

For Plaintiffs:                                   **THE HARMAN FIRM, LLP**

                                                  By:   /s/ Edgar M. Rivera
                                                        EDGAR M. RIVERA, ESQ.
                                                        Attorney I.D. No.: ER-1378
                                                        220 Fifth Avenue, Suite 900
                                                        New York, NY 10001
                                                        Telephone: (212) 425-2600
                                                        erivera@theharmanfirm.com
                                                        *Attorneys for Plaintiffs,*
                                                        *Alberto Rivera and Mansour Cherif*

For Defendants:                                   **CONSTANGY, BROOKS,**
                                                  **SMITH & PROPHETE, LLP**

                                                  By:   /s/ John E. MacDonald
                                                        JOHN E. MACDONALD, ESQ.
                                                        Attorney I.D. No.: 011511995
                                                        989 Lenox Drive, Suite 206
                                                        Lawrenceville, NJ 08648
                                                        Telephone: (609) 357-1183
                                                        Facsimile: (609) 357-1102
                                                        jmacdonald@constangy.com
                                                        *Attorneys for Defendants, EZ*
                                                        *Limousine LLC & Aleksandr Malts*